David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
smiller@hainesandkrieger.com

Attorneys for Plaintiff,
DOLOMYLENE C. PINOLIAR

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DOLOMYLENE C. PINOLIAR,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; AMERICAN HONDA FINANCE CORP; HOME AMERICAN MORTGAGE CORP; WELLS FARGO HOME MORTGAGE,<br><br>Defendants. | Case No.: 2:19-cv-00501-GMN-GWF<br><br><br>**STIPULATION AND ORDER DISMISSING ACTION AS TO DEFENDANT WELLS FARGO HOME MORTGAGE** |

DOLOMYLENE C. PINOLIAR ("Plaintiff"), together with Defendant WELLS FARGO BANK, N.A., named Wells Fargo Home Mortgage in the caption ("Wells Fargo"), collectively the "Parties" hereby stipulate and agree that the above-entitled action shall be dismissed, with prejudice, pursuant to and in

HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123

accordance with Federal Rule of Civil Procedure 41(a)(2). This Dismissal is effective only as to Defendant Wells Fargo. Each Party shall bear its own attorney's fees and costs of suit.

Dated: August 15, 2019

/s/Shawn W. Miller                              /s/ Kiah D. Beverly-Graham
Shawn W. Miller, Esq.                          Kelly Dove, Esq.
David H. Krieger, Esq.                          Kiah D. Beverly-Graham, Esq.
Haines & Krieger, LLC                          Snell & Wilmer L.L.P.
8985 S. Eastern Avenue                        3883 Howard Hughes Parkway
Suite 350                                            Suite 1100
Henderson, Nevada 89123                    Las Vegas, Nevada 89169

Attorneys for Plaintiff                           Attorneys for Defendant
*DOLOMYLENE C. PINOLIAR*              *WELLS FARGO BANK, N.A.*

## ORDER

IT IS SO ORDERED.

DATED this _20_ day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT