David Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

## IN THE UNITED STATES DISCTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DOLOMYLENE PINOLIAR,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; AMERICAN HONDA FINANCE CORP; HOME AMERICAN MORTGAGE CORP; WELLS FARGO HOME MORTGAGE<br><br>　　　　　　Defendants. | Case No. 2:19-cv-00501-GMN-EJY<br><br>**STIPULATION AND ORDER DISMISSING EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE** |

## **STIPULATION**

Plaintiff Dolomylene Pinoliar and Equifax Information Services, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice as to Equifax in

…

…

…

…

…

…

Page **1** of **2**

accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: February 1, 2021

| By: | /s/ David Krieger, Esq.<br>David Krieger, Esq.<br>KRIEGER LAW GROUP, LLC<br>2850 W. Horizon Ridge Parkway<br>Suite 200<br>Henderson, Nevada 89052<br>*Attorney for Plaintiff* | By: | /s/ Jeremy J. Thompson, Esq.<br>Jeremy J. Thompson, Esq.<br>CLARK HILL PLLC<br>3800 Howard Hughes Parkway<br>Suite 500<br>Las Vegas, NV 89169<br>*Attorney for Defendant* |
|---|---|---|---|

## **ORDER**

IT IS SO ORDERED.

Dated this 2 day of February, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT